FILED
OCT 31  3 40 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, <br> Plaintiff, | CIVIL NO. 3:03CV459(PCD) |
| VS. | |
| TOWER VENTURES, INC., <br> Defendant. | OCTOBER 31, 2003 |

JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") and defendant Tower Ventures, Inc. ("TVI") hereby move to modify the deadlines set forth in the parties' planning meeting report dated April 30, 2003, and approved by the Court on May 8, 2003, and as modified by the Court's order of September 18, 2003. In support thereof, they state as follows:

1. On May 20, 2003, defendant served a Motion to Dismiss Counts Two, Three and Four of the pending complaint. The underlying dispute arises out of a contract that Crossroads and the defendant entered into on or about September 20, 2001, relating to the construction, operation and lease of a communications tower and related facilities. The motion was fully briefed as of July 10, 2003 and is pending before the Court.

2. The Court's ruling on the motion may affect related issues in the case, and issues related to case preparation, such as

damages analysis and the scope of expert testimony, if any, that will be needed.

3. The current scheduling order approved by the Court calls for plaintiff and defense experts to be disclosed by, respectively, October 31st and November 30th, and for a damages analysis to be provided by November 15th.

4. Counsel have conferred regarding this issue, and agree that it would be a potential waste of their respective clients' resources to incur fees for experts at this stage of the proceedings. Therefore, the parties respectfully request modification of the deadlines as set forth below.

5. Plaintiff had submitted an offer of judgment on July 17, 2003, preferred not to incur expenses until it was apparent whether the offer would be accepted. The 60-day window for acceptance terminated on September 17th.

6. For the foregoing reasons, the parties jointly request modification of the scheduling order as follows: disclosure of plaintiff's experts by December 31, 2003; damages analysis to be provided by any party claiming damages by January 15, 2004; plaintiff's experts to be deposed by January 31, 2004; defense experts to be disclosed by January 31, 2004 and deposed by February 28, 2004; all discovery to be completed by February 28, 2004; dispositive motions to be filed in accord with the Court's supplemental order by March 31, 2004.

7. The dates proposed above will not materially affect the date by which this case will be trial ready, and will hopefully avoid the undue expenditure of resources by the litigants. The case was filed in March 2003, and is less than a year old. Under the proposed schedule, the matter will still be trial-ready within a year after filing.

WHEREFORE, the parties request modification of the scheduling order as requested above.

THE PLAINTIFF
CROSSOADS COMMUNICATIONS OF OLD SAYBROOK, LLC

By _____   Date:__
David T. Grudberg, ct01186
David L. Belt, ct04274
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange St.
P.O. Box 606
New Haven, CT  06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com
       dbelt@jacobslaw.com

THE DEFENDANT
TOWER VENTURES, INC.

By _____
Steven R. Humphrey, ct06053
Elizabeth R. Leong, ct24453
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT 06103-3597
Ph.: (860) 275-8200
Fax: (860) 275-8299
Email: shumphrey@rc.com
       eleong@rc.com

3