UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
OCT 31  3 40 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV459(PCD) |
| VS. | : | |
| TOWER VENTURES, INC., | : | OCTOBER 31, 2003 |
| Defendant. | : | |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") and defendant Tower Ventures, Inc. ("TVI") hereby move to modify the deadlines set forth in the parties' planning meeting report dated April 30, 2003, and approved by the Court on May 8, 2003, and as modified by the Court's order of September 18, 2003. In support thereof, they state as follows:

1. On May 20, 2003, defendant served a Motion to Dismiss Counts Two, Three and Four of the pending complaint. The underlying dispute arises out of a contract that Crossroads and the defendant entered into on or about September 20, 2001, relating to the construction, operation and lease of a communications tower and related facilities. The motion was fully briefed as of July 10, 2003 and is pending before the Court.

2. The Court's ruling on the motion may affect related issues in the case, and issues related to case preparation, such as