FILED

UNITED STATES DISTRICT COURT

JAN 8   12 43 PM '04

DISTRICT OF CONNECTICUT

DISTRICT COURT
NEW HAVEN, CONN

CROSSROADS COMMUNICATIONS OF OLD     :
SAYBROOK, LLC,                       :
        Plaintiff,               :     CIVIL NO. 3:03CV459(PCD)
                                     :
VS.                                  :
                                     :
TOWER VENTURES, INC.,                :     JANUARY 8, 2004
        Defendant.               :
                                     :

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") and defendant Tower Ventures, Inc. ("TVI") hereby move to modify the deadlines set forth in the parties' planning meeting report dated April 30, 2003, and approved by the Court on May 8, 2003, and as modified by the Court's order of November 5, 2003. In support thereof, they state as follows:

1. On May 20, 2003, defendant served a Motion to Dismiss Counts Two, Three and Four of the pending complaint. The underlying dispute arises out of a contract that Crossroads and the defendant entered into on or about September 20, 2001, relating to the construction, operation and lease of a communications tower and related facilities. The motion was fully briefed as of July 10, 2003.

2. On December 19, 2003, the Court ruled on the pending motion. The Court granted defendant's motion in part, and denied it in part.

3.   The Court's ruling on the motion had significant potential to affect related issues in the case, and issues related to case preparation, such as damages analysis and the scope of expert testimony, if any, that will be needed.

4.   Counsel conferred regularly regarding this issue during the pendency of the motion, and agreed that it would be a potential waste of their respective clients' resources to incur fees for experts while issues such as the scope of recoverable damages and the need for expert testimony remained unresolved.  Now that the motion has been decided, the issues are clear and the parties may better proceed with discovery and trial preparation.  The parties respectfully request modification of the relevant deadlines as set forth below.

5.   For the foregoing reasons, the parties jointly request modification of the scheduling order as follows:  disclosure of plaintiff's experts by March 31, 2003; damages analysis to be provided by any party claiming damages by April 15, 2004; plaintiff's experts to be deposed by April 30, 2004; defense experts to be disclosed by April 30, 2004 and deposed by May 31, 2004; all discovery to be completed by May 31, 2004; dispositive motions to be filed in accord with the Court's supplemental order by June 30, 2004.

6.  The dates proposed above will not substantially affect the date by which this case will be trial ready, and will avoid the undue expenditure of resources by the litigants.  The case was

filed in March 2003, and is less than a year old. Under the proposed schedule, the matter will still be trial-ready within approximately 15 months after filing.

WHEREFORE, the parties request modification of the scheduling order as requested above.

THE PLAINTIFF
CROSSOADS COMMUNICATIONS OF OLD SAYBROOK, LLC

By _____ Date: 1/8/04
David T. Grudberg, ct01186
David L. Belt, ct04274
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange St.
P.O. Box 606
New Haven, CT  06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com
       dbelt@jacobslaw.com

THE DEFENDANT
TOWER VENTURES, INC.

By _____ Date: 1/6/04
Steven R. Humphrey, ct06053
Elizabeth R. Leong, ct24453
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT 06103-3597
Ph.: (860) 275-8200
Fax: (860) 275-8299
Email: shumphrey@rc.com
       eleong@rc.com

3