UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CROSSROADS COMMUNICATIONS OF
OLD SAYBROOK, LLC

    -vs-                                                Civil No. 3:03 cv 459 (PCD)

TOWER VENTURES, INC.

## ENDORSEMENT ORDER

      Plaintiff's and Defendant's motion for extension of time (Doc. #19), is hereby GRANTED-IN-PART as follows:

      Plaintiff's experts to be disclosed by March 15, 2004. Damage analysis to be provided by March 29, 2004. Plaintiff's experts to be deposed by April 15, 2004 and defendant's experts to be disclosed by April 15, 2004 and deposed by April 30, 2004. All discovery shall be completed by April 30, 2004. All dispositive motions shall be filed, compliant with the Supplemental Order, by May 28, 2004.

      SO ORDERED.

      Dated at New Haven, Connecticut, January 14, 2004.

                                            _____/s/_____
                                                  Peter C. Dorsey, Senior
                                                  United States District Judge