UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : : | |
| Plaintiff, | : : | CIVIL NO. 3:03CV459(PCD) |
| VS. | : : | |
| TOWER VENTURES, INC., | : | MARCH 26, 2004 |
| Defendant. | : : | |

<u>JURY TRIAL DEMAND</u>

Pursuant to Fed. R. Civ. P. 38(b), plaintiff hereby demands a jury trial in this matter.

                THE PLAINTIFF
                CROSSROADS COMMUNICATIONS OF OLD
                SAYBROOK, LLC


By_____
  David T. Grudberg, ct01186
  JACOBS, GRUDBERG, BELT & DOW, P.C.
  350 Orange St.
  P.O. Box 606
  New Haven, CT  06503
  Ph.:(203) 772-3100
  Fax:(203) 772-1691
  Email: dgrudberg@jacobslaw.com

CERTIFICATION

     I hereby certify that the foregoing demand was served by first class mail, postage pre-paid, on March 26, 2004 to:

Steven R. Humphrey, Esq.
Elizabeth R. Leong, Esq.
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT  06103-3597

_____
David T. Grudberg