UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : : | |
| Plaintiff, | : : | CIVIL NO. 3:03CV459(PCD) |
| VS. | : : | |
| TOWER VENTURES, INC., | : | APRIL 21, 2004 |
| Defendant. | : : | |

<u>JOINT MOTION TO MODIFY SCHEDULING ORDER</u>

    Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") and defendant Tower Ventures, Inc. ("TVI") hereby move to extend the deadline for completion of discovery in this matter to May 28, 2004, and for the filing of dispositive motions to June 30, 2004.  In support thereof, the parties state as follows:

    1.   Under the Court's order dated January 14, 2004, discovery in this matter is currently scheduled to be completed by April 30, 2004, and dispositive motions filed by May 28, 2004 in accord with the Court's Supplemental Order.

    2.   The parties have already exchanged their required initial disclosures.  Plaintiff has provided a damages analysis in accord with the Court's order.  The parties have exchanged documents requests, and are preparing to produce documents.  It is anticipated that document production will be complete within one week.

3. Certain additional documents in the hands of a third party are necessary, however, before depositions may proceed. This dispute arises out of a contract under which approvals were sought for construction of a communications facility. The approval process is central to the parties' contract dispute. The lawyer who represented defendant in that process had agreed to produce copies of his file to both sides, upon receiving appropriate consent from the parties to this case. That consent was provided approximately a month ago, but the documents still have not been received. They are vital to both parties' deposition preparation, and depositions cannot proceed until they are received.

4. Counsel have been informed that the former lawyer anticipates production of his files by the end of April, which would then clear the way for depositions to proceed. Undersigned counsel expect that depositions, and any remaining discovery, can be completed during May. Though counsel have certain conflicting obligations, they will set aside time to ensure that they are completed.

5. For these reasons, the parties respectfully request that the deadline for completion of all discovery be modified to May 28, 2004; and the deadline for the filing of dispositive motions be modified to June 30, 2004. These proposed modifications will not substantially affect the date by which the matter will be trial-ready. This case is just over one year old. Prior modifications were sought while a Motion to Dismiss was pending before the Court,

as the parties were uncertain as to what counts would survive the motion, and thus as to what the scope of necessary discovery would be.

WHEREFORE, the parties request modification of the scheduling order as requested above.

        THE PLAINTIFF
        CROSSOADS COMMUNICATIONS OF OLD SAYBROOK, LLC


By_____    Date:_____
   David T. Grudberg, ct01186
   David L. Belt, ct04274
   JACOBS, GRUDBERG, BELT & DOW, P.C.
   350 Orange St.
   P.O. Box 606
   New Haven, CT  06503
   Ph.:(203) 772-3100
   Fax:(203) 772-1691
   Email: dgrudberg@jacobslaw.com
       dbelt@jacobslaw.com

   THE DEFENDANT
   TOWER VENTURES, INC.


By_____    Date:_____
   Steven R. Humphrey, ct06053
   Elizabeth R. Leong, ct24453
   Robinson & Cole, LLP
   280 Trumbull St.
   Hartford, CT 06103-3597
   Ph.: (860) 275-8200
   Fax: (860) 275-8299
   Email: shumphrey@rc.com
       eleong@rc.com