**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CROSSROADS COMMUNICATIONS OF
OLD SAYBROOK, LLC

    -vs-                                                     Civil No. 3:03 cv 459 (PCD)

TOWER VENTURES, INC.

## ENDORSEMENT ORDER

      Plaintiff's and Defendant's joint motion for extension of time (Doc. #23), is hereby GRANTED.

      All discovery shall be completed by May 28, 2004 and dispositive motions shall be filed, compliant with the Supplemental Order, by June 30, 2004.

      SO ORDERED.

      Dated at New Haven, Connecticut, April 30, 2004.

                                                    /s/_____
                                                      Peter C. Dorsey, Senior
                                                      United States District Judge