UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : : | |
| Plaintiff, | : : | CIVIL NO. 3:03CV459(PCD) |
| VS. | : : | |
| TOWER VENTURES, INC., | : | MAY 24, 2004 |
| Defendant. | : : | |

<u>JOINT MOTION TO MODIFY SCHEDULING ORDER</u>

    Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") and defendant Tower Ventures, Inc. ("TVI") hereby move to extend the deadline for completion of discovery in this matter to June 30, 2004, and for the filing of dispositive motions to July 30, 2004.  In support thereof, the parties state as follows:

    1.   Under the Court's order dated April 30, 2004, discovery in this matter is currently scheduled to be completed by May 28, 2004, and dispositive motions filed by June 30, 2004 in accord with the Court's Supplemental Order.

    2.   The parties have completed documentary discovery.  They have exchanged their required initial disclosures.  Plaintiff has provided a damages analysis in accord with the Court's order.  The parties have exchanged in excess of 1000 pages of documents.  They have also obtained a substantial volume of critical documents from a third party -- an attorney who worked with both plaintiff and

defendant on the transaction that gives rise to this litigation. The release of those documents was delayed by attorney-client privilege issues, but was recently completed. The documents are vital to both parties' deposition preparation, and depositions could not proceed until they were received.

    4.   After all documents were exchanged, a tentative schedule was set for the taking of depositions. Unfortunately, the lawyer for defendant was to have taken the lead role in the depositions, Elizabeth Leong, Esq., has recently become unavailable because of significant obligations in another matter. That conflict has caused primary defense counsel to assign a new attorney to assist him in the case. However, the staffing change has made the previously-discussed deposition schedule impossible. Counsel have conferred about a new schedule, to begin with the plaintiff's deposition on June 3rd, and to continue with several other depositions on other mutually-available dates through the month of June. Although re-arranging the schedule will be difficult, counsel believe the depositions can be completed by the end of that month.

    5.   For these reasons, the parties respectfully request that the deadline for completion of all discovery be modified to June 30, 2004; and the deadline for the filing of dispositive motions be modified to July 30, 2004. These proposed modifications will not substantially affect the date by which the matter will be trial-ready. This case is just over one year old. Prior modifications

were sought while a Motion to Dismiss was pending before the Court, as the parties were uncertain as to what counts would survive the motion, and thus as to what the scope of necessary discovery would be.  Another short modification was sought last month, before the staffing issue outlined above arose.

    WHEREFORE, the parties request modification of the scheduling order as requested above.

        THE PLAINTIFF
        CROSSOADS COMMUNICATIONS OF OLD SAYBROOK, LLC


   By_____    Date:_____
     David T. Grudberg, ct01186
     David L. Belt, ct04274
     JACOBS, GRUDBERG, BELT & DOW, P.C.
     350 Orange St.
     P.O. Box 606
     New Haven, CT  06503
     Ph.:(203) 772-3100
     Fax:(203) 772-1691
     Email: dgrudberg@jacobslaw.com
           dbelt@jacobslaw.com

     THE DEFENDANT
     TOWER VENTURES, INC.


   By_____    Date:_____
     Steven R. Humphrey, ct06053
     Robinson & Cole, LLP
     280 Trumbull St.
     Hartford, CT 06103-3597
     Ph.: (860) 275-8200
     Fax: (860) 275-8299
     Email: shumphrey@rc.com