**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CROSSROADS COMMUNICATIONS OF
OLD SAYBROOK, LLC

    -vs-                                                                        Civil No. 3:03 cv 459 (PCD)

TOWER VENTURES, INC.

## ENDORSEMENT ORDER

      Plaintiff and Defendant's joint motion for extension of time (Doc. #25), is hereby GRANTED.

All discovery shall be completed by June 30, 2004 and dispositive motions shall be filed, compliant with the Supplemental Order, by July 30, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, June 2, 2004.

                                        /s/_____
                                                Peter C. Dorsey, Senior
                                                United States District Judge