UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CROSSROADS COMMUNICATIONS OF OLD  :
SAYBROOK, LLC,  
       Plaintiff,  :   CIVIL NO. 3:03CV459(PCD)

VS.

TOWER VENTURES, INC., :   JUNE 1, 2004
       Defendant.

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the defendant, TOWER VENTURES, INC., in connection with the above-captioned matter.

       DEFENDANT
       TOWER VENTURES, INC.

       By *[signature]*
       Marion B. Manzo (ct22068)
       mmanzo@rc.com
       Robinson & Cole LLP
       280 Trumbull Street
       Hartford, CT  06103-3597
       Tel.:  (860) 275-8200
       Fax:  (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing appearance was mailed via first-class mail, postage prepaid, on this 4th day of June, 2004, to the following:

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P. O. Box 606
New Haven, CT 06503-0606

Marion B. Manzo