UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : : | |
| Plaintiff, | : : | CIVIL NO. 3:03CV459(PCD) |
| VS. | : : | |
| TOWER VENTURES, INC., | : : | JULY 27, 2004 |
| Defendant. | : : | |

JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") hereby moves for an extension of time to August 9, 2004 for the service of dispositive motions in this matter. In support thereof, plaintiff states as follows:

1. Under the scheduling order currently in place, dispositive motions are due to be served on opposing counsel by July 30, 2004.

2. Discovery in this matter was concluded in late June, with several depositions taken in that time frame. Counsel received the deposition transcripts shortly before leaving for a vacation during the week of July 12th.

3. Counsel had planned to finalize and file plaintiff's motion for summary judgment this week. However, much of the week will be consumed with an ongoing civil investigative demand deposition with lawyers from the Department of Justice, as well as out-of-state counsel. This testimony was originally scheduled to

be completed prior to the undersigned's vacation, but was postponed because of the deponent's illness to the current dates, based on the availability of the respective parties.

    4.   The rescheduled obligation in the Department of Justice matter will make it very difficult to complete and serve plaintiff's motion by the current filing deadline.

    5.   Based on the foregoing, plaintiff respectfully requests an extension of time to August 9, 2004, for the service of dispositive motions in this matter.

    6.   Steven Humphrey, Esq., counsel for the defendant, does not object to the requested extension.  Because defendant also plans to serve a dispositive motion, plaintiff seeks a corresponding extension for the service of motions by the defendant.

    7.   No prior motions to extend the dispositive motion service date have been filed.  The discovery deadline and scheduling order has been extended several times, with corresponding modifications to the dispositive motion service date and other pertinent deadlines.

WHEREFORE, plaintiff respectfully requests an extension of time to August 9, 2004 for the service of dispositive motions by the parties.

                        THE PLAINTIFF
                        CROSSROADS COMMUNICATIONS OF OLD
                        SAYBROOK, LLC

By_____
  David T. Grudberg, ct01186
  JACOBS, GRUDBERG, BELT & DOW, P.C.
  350 Orange St.
  P.O. Box 606
  New Haven, CT  06503
  Ph.:(203) 772-3100
  Fax:(203) 772-1691
  Email: dgrudberg@jacobslaw.com

## CERTIFICATION

     I hereby certify that a copy of the foregoing was faxed and mailed first class, postage pre-paid, on July 27, 2004 to:

Steven R. Humphrey, Esq.
Elizabeth R. Leong, Esq.
Marion B. Manzo, Esq.
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT  06103-3597

                                        _____
                                           David T. Grudberg