UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
AUG 10  10 42 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC,<br>　　　Plaintiff, | :<br>:<br>:<br>: CIVIL NO. 3:03CV459(PCD) |
| VS. | :<br>: |
| TOWER VENTURES, INC.,<br>　　　Defendant. | :<br>: AUGUST 9, 2004 |

### NOTICE OF SERVICE

The defendant, Tower Ventures, Inc., hereby files this certification that it has complied with Judge Dorsey's amended scheduling order and submitted its motion for summary judgment and accompanying papers to the plaintiff on August 9, 2004.

　　　　　　　　　　　　　　　　　　DEFENDANT
　　　　　　　　　　　　　　　　　　TOWER VENTURES, INC.

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　Steven R. Humphrey (ct06053)
　　　　　　　　　　　　　　　　　　shumphrey@rc.com
　　　　　　　　　　　　　　　　　　Marion B. Manzo (ct22068)
　　　　　　　　　　　　　　　　　　mmanzo@rc.com
　　　　　　　　　　　　　　　　　　Robinson & Cole LLP
　　　　　　　　　　　　　　　　　　280 Trumbull Street
　　　　　　　　　　　　　　　　　Hartford, CT 06103-3597
　　　　　　　　　　　　　　　　　　Tel.: (860) 275-8200
　　　　　　　　　　　　　　　　　　Fax: (860) 275-8299

HART1-1192969-2
08/09/04 2:48 PM

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 9th day of August, 2004, to the following:

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P. O. Box 606
New Haven, CT 06503-0606

                                        Marion B. Manzo