UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC,<br>    Plaintiff,<br><br>VS.<br><br>TOWER VENTURES, INC.,<br>    Defendant. | CIVIL NO. 3:03CV459(PCD)<br><br><br><br>AUGUST 27, 2004 |

JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") and defendant Tower Ventures, Inc. ("TVI") hereby move to modify the briefing schedule for opposition and reply papers relating to defendant's motion for summary judgment. In support thereof, the parties state as follows:

    1.    Defendant served a summary judgment motion, by mail, on August 9, 2004. Pursuant to the Court's Supplemental Order regarding motion filing procedures, plaintiff's response is due on September 2, 2004, and defendant's reply would be due on September 16, 2004.

    2.    Counsel for plaintiff is scheduled to select a jury before the Court in a criminal matter on September 2, 2004, and in addition needs additional time to prepare and serve plaintiff's response. In addition, defendant's counsel is scheduled to be away on vacation from September 2nd through September 7th, and thus would

need to request an extension of time if plaintiff's opposing papers were filed on September 2nd.

3. For these reasons, the parties jointly request a modification of the briefing schedule as follows: Plaintiff's memorandum and other papers in opposition to summary judgment to be filed by September 13, 2004; any reply papers in further support of defendant's motion, and responding to plaintiff's memorandum, to be filed by September 28, 2004.

4. The parties have not previously sought to modify the deadlines for responding to summary judgment motion(s). Plaintiff previously requested an extension of time to file such a motion, but ultimately determined not to move for summary judgment.

WHEREFORE, the parties request modification of the briefing schedule as requested above.

THE PLAINTIFF
CROSSOADS COMMUNICATIONS OF OLD SAYBROOK, LLC


By_____    Date:_____
   David T. Grudberg, ct01186
   David L. Belt, ct04274
   JACOBS, GRUDBERG, BELT & DOW, P.C.
   350 Orange St.
   P.O. Box 606
   New Haven, CT  06503
   Ph.:(203) 772-3100
   Fax:(203) 772-1691
   Email: dgrudberg@jacobslaw.com
          dbelt@jacobslaw.com

THE DEFENDANT
TOWER VENTURES, INC.

By _/s/ Marion Manzo_   Date: 8/20/04
Steven R. Humphrey, ct06053
Elizabeth R. Leong, ct24453
Marion B. Manzo, ct22068
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT 06103-3597
Ph.: (860) 275-8200
Fax: (860) 275-8299
Email: shumphrey@rc.com
       eleong@rc.com
       mmanzo@rc.com



**Shipment Details**

| | | | |
|---|---|---|---|
| **Ship To:** | David T. Gruberg, Esq.<br>Jacob, Grudberg, Belt &<br>Dow, P.C.<br>350 Orange Street<br>New Haven, CT 06503<br>US<br>(203) 772-3100 | **Package type:**<br>**Pickup/Drop Off**<br>**Total Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:** | FedEx Envelope<br>will use scheduled pickup<br>1 LBS<br>0 X 0 X 0<br>0 USD<br>6103391 |
| **From:** | Danelle DeCiantis<br>ROBINSON & COLE LLP<br>280 TRUMBULL STREET<br>HARTFORD,CT 06103<br>US<br>8605412659 | **Bill Shipment To:**<br>**Courtesy Rate Quote*:**<br>**Special Services**<br>**Shipment type:** | 6103391<br>*8.14<br><br>Express |
| **Tracking Number:** | 791920060337 | | |
| **Your reference** | 24878.0001 | | |
| **Ship date:** | Aug 26 2004 | | |
| **Service type:** | Priority Overnight | | |

**Please Note**

- *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.