UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CROSSROADS COMMUNICATIONS OF
OLD SAYBROOK, LLC

    -vs-                                                   Civil No. 3:03 cv 459 (PCD)

TOWER VENTURES, INC.

## ORDER

      Plaintiff's motion for extension of time (Doc. #31), is hereby GRANTED.

Plaintiff shall file any response in opposition to defendant's motion for summary judgment on or before September 13, 2004; defendant shall file any reply on or before September 28, 2004, compliant with the Supplemental Order.

SO ORDERED.

Dated at New Haven, Connecticut, August 31, 2004.

                                                    /s/_____
                                                         Peter C. Dorsey, Senior
                                                         United States District Judge