UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : : | |
| Plaintiff, | : : | CIVIL NO. 3:03CV459(PCD) |
| VS. | : : | |
| TOWER VENTURES, INC., | : | SEPTEMBER 9, 2004 |
| Defendant. | : : | |

<u>MOTION TO MODIFY BRIEFING SCHEDULE</u>

Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") hereby moves to modify the briefing schedule for opposition and reply papers relating to defendant's motion for summary judgment. In support thereof, the parties state as follows:

1. Defendant served a summary judgment motion, by mail, on August 9, 2004. Pursuant to the Court's order, plaintiff's response is due on September 13, 2004, and defendant's reply is due on September 28, 2004.

2. Counsel has made progress on the motion response, but as a result of court obligations this week will be unable to serve responsive papers by September 13th, and needs additional time to prepare, finalize and serve plaintiff's response.

3. For these reasons, plaintiff requests a modification of the briefing schedule as follows: Plaintiff's memorandum and other papers in opposition to summary judgment to be filed by September

20, 2004; any reply papers in further support of defendant's motion, and responding to plaintiff's memorandum, to be filed by October 5, 2004.

4.  Marion B. Manzo, Esq., counsel for the defendant, does not object to the requested extension of time.  The parties have previously filed a joint motion to modify the deadlines for responding to summary judgment motion(s).

WHEREFORE, the plaintiff requests modification of the briefing schedule as requested above.

>THE PLAINTIFF
>CROSSROADS COMMUNICATIONS OF OLD
>SAYBROOK, LLC
>
>
>By_____
>   David T. Grudberg, ct01186
>   JACOBS, GRUDBERG, BELT & DOW, P.C.
>   350 Orange St.
>   P.O. Box 606
>   New Haven, CT  06503
>   Ph.:(203) 772-3100
>   Fax:(203) 772-1691
>   Email: dgrudberg@jacobslaw.com

CERTIFICATION

    I hereby certify that a copy of the foregoing was faxed and mailed first class, postage pre-paid, on September 9, 2004 to:

Steven R. Humphrey, Esq.
Elizabeth R. Leong, Esq.
Marion B. Manzo, Esq.
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT  06103-3597


                                              _____
                                                        David T. Grudberg