UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : : | |
| Plaintiff, | : : | CIVIL NO. 3:03CV459(PCD) |
| VS. | : : | |
| TOWER VENTURES, INC., | : | SEPTEMBER 17, 2004 |
| Defendant. | : : | |

## CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

    Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") hereby moves to modify the briefing schedule for opposition and reply papers relating to defendant's motion for summary judgment. In support thereof, the parties state as follows:

    1. Defendant served a summary judgment motion, by mail, on August 9, 2004. Pursuant to the Court's order, plaintiff's response is due on September 20, 2004, and defendant's reply is due on October 5, 2004.

    2. Counsel's progress on the motion response has been further delayed by court obligations, and as a result will be unable to serve responsive papers by September 20th. Accordingly, plaintiff needs additional time to prepare, finalize and serve plaintiff's response.

    3. For these reasons, plaintiff requests a modification of the briefing schedule as follows: Plaintiff's memorandum and other

papers in opposition to summary judgment to be filed by September 28, 2004; any reply papers in further support of defendant's motion, and responding to plaintiff's memorandum, to be filed by October 13, 2004.

    4.   Marion B. Manzo, Esq., counsel for the defendant, does not object to the requested extension of time.  The parties previously filed a joint motion to modify the deadlines for responding to summary judgment motion(s), and one prior motion for extension was filed by the plaintiff.

    WHEREFORE, the plaintiff requests modification of the briefing schedule as requested above.

```
                              THE PLAINTIFF
                              CROSSROADS COMMUNICATIONS OF OLD
                              SAYBROOK, LLC


                           By_____
                              David T. Grudberg, ct01186
                              JACOBS, GRUDBERG, BELT & DOW, P.C.
                              350 Orange St.
                              P.O. Box 606
                              New Haven, CT  06503
                              Ph.:(203) 772-3100
                              Fax:(203) 772-1691
                              Email: dgrudberg@jacobslaw.com
```

<u>CERTIFICATION</u>

    I hereby certify that a copy of the foregoing was faxed and mailed first class, postage pre-paid, on September 17, 2004 to:

Steven R. Humphrey, Esq.
Elizabeth R. Leong, Esq.
Marion B. Manzo, Esq.
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT  06103-3597

                                                  _____
                                                      David T. Grudberg