UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : : | |
| Plaintiff, | : : | CIVIL NO. 3:03CV459(PCD) |
| VS. | : : | |
| TOWER VENTURES, INC., | : | SEPTEMBER 24, 2004 |
| Defendant. | : : | |

CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") hereby moves to modify the briefing schedule for opposition and reply papers relating to defendant's motion for summary judgment. In support thereof, the parties state as follows:

1. Defendant served a summary judgment motion, by mail, on August 9, 2004. Pursuant to the Court's order, plaintiff's response is due on September 28, 2004, and defendant's reply is due on October 13, 2004.

2. Counsel had hoped to be able to conclude the responsive papers this week. However, daily court obligations have further delayed progress on the response, and further time is also needed to meet with Mr. Don DeCesare, plaintiff's principal, to review and finalize the affidavit to be submitted with plaintiff's response. It will not be possible to complete this before the current

September 28th deadline, and accordingly, plaintiff needs additional time to prepare, finalize and serve plaintiff's response.

    3.   Defendant's counsel is scheduled to be away from her office from October 13th through October 17th.  This time period would include the period for the preparation and filing of defendant's reply papers, and accordingly the parties have requested a slightly longer time for defendant's reply than would otherwise be provided by the rules and supplemental order.

    3.   For these reasons, plaintiff requests a modification of the briefing schedule as follows:  Plaintiff's memorandum and other papers in opposition to summary judgment to be filed by October 8, 2004; any reply papers in further support of defendant's motion, and responding to plaintiff's memorandum, to be filed by October 29, 2004.

    4.   Marion B. Manzo, Esq., counsel for the defendant, does not object to the requested extension of time.  The parties previously filed a joint motion to modify the deadlines for responding to summary judgment motion(s), and two prior motions for extension were filed by the plaintiff.

WHEREFORE, the plaintiff requests modification of the briefing schedule as requested above.

>THE PLAINTIFF
>CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC
>
>
>By_____
>    David T. Grudberg, ct01186
>    JACOBS, GRUDBERG, BELT & DOW, P.C.
>    350 Orange St.
>    P.O. Box 606
>    New Haven, CT  06503
>    Ph.:(203) 772-3100
>    Fax:(203) 772-1691
>    Email: dgrudberg@jacobslaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was faxed and mailed first class, postage pre-paid, on September 24, 2004 to:

Steven R. Humphrey, Esq.
Elizabeth R. Leong, Esq.
Marion B. Manzo, Esq.
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT  06103-3597

>_____
>       David T. Grudberg

3