UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : : | |
| Plaintiff, | : : | CIVIL NO. 3:03CV459(PCD) |
| VS. | : : | |
| TOWER VENTURES, INC., | : | OCTOBER 21, 2004 |
| Defendant. | : : | |

<u>FINAL CONSENT MOTION TO MODIFY BRIEFING SCHEDULE</u>

Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") hereby moves to modify the briefing schedule for opposition and reply papers relating to defendant's motion for summary judgment. In support thereof, the parties state as follows:

1. Defendant served a summary judgment motion, by mail, on August 9, 2004. Pursuant to the Court's order, plaintiff's response was due on October 8, 2004, and defendant's reply is due on October 29, 2004.

2. The deadlines requested in plaintiff's last motion were based on counsel's assumption that counsel would be able to work during that time with plaintiff's principal, Mr. Don DeCesare, on the affidavit to be submitted with plaintiff's response, and on the factual responses to defendant's Rule 56(a)(1) statement. Shortly after the filing of that motion, counsel learned that, because of Mr. DeCesare's schedule, more time should have been requested.

3. Rather than burden the court with further motion practice, counsel for plaintiff and defendant attempted to work out an agreement among themselves for exchange of papers, which would result in the entire summary judgment pleading and briefing package being filed with the court by October 29th, the original date fixed by the court. Plaintiff's counsel has been working diligently this week with Mr. DeCesare to finalize plaintiff's response, but will be unable to serve the papers before October 25th, which unfortunately would not give defendant's counsel adequate time to file a reply.

4. Based on this, plaintiff respectfully requests a further, final extension to October 25, 2004, for the service of responsive papers; and a one-week extension to November 5, 2004 for the filing of defendant's reply papers. This modification will delay by only a week the date by which the matter is fully briefed and submitted to the court. Plaintiff will not seek further extension of this date.

5. Elizabeth R. Leong, Esq., counsel for the defendant, does not object to the requested extension of time. The parties previously filed a joint motion to modify the deadlines for responding to summary judgment motion(s), and three prior motions for extension were filed by the plaintiff.

WHEREFORE, the plaintiff requests modification of the briefing schedule as requested above.

                THE PLAINTIFF
                CROSSROADS COMMUNICATIONS OF OLD
                SAYBROOK, LLC

By_____
  David T. Grudberg, ct01186
  JACOBS, GRUDBERG, BELT & DOW, P.C.
  350 Orange St.
  P.O. Box 606
  New Haven, CT  06503
  Ph.:(203) 772-3100
  Fax:(203) 772-1691
  Email: dgrudberg@jacobslaw.com

### CERTIFICATION

I hereby certify that a copy of the foregoing was faxed and mailed first class, postage pre-paid, on October 21, 2004 to:

Steven R. Humphrey, Esq.
Elizabeth R. Leong, Esq.
Marion B. Manzo, Esq.
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT  06103-3597

                _____
                      David T. Grudberg