UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV459(PCD) |
| | : | |
| VS. | : | |
| | : | |
| TOWER VENTURES, INC., | : | AUGUST 9, 2004 |
| Defendant. | | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, the defendant Tower Ventures, Inc. respectfully requests that summary judgment be rendered in its favor in this action. The grounds for summary judgment are stated in detail in the memorandum of law that accompanies this motion.

DEFENDANT
TOWER VENTURES, INC.

By /s/ Steven R. Humphrey
Steven R. Humphrey (ct06053)
shumphrey@rc.com
Marion B. Manzo (ct22068)
mmanzo@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel.: (860) 275-8200
Fax: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 9th day of August, 2004, to the following:

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P. O. Box 606
New Haven, CT 06503-0606

Marion B. Manzo