

<u>VIA FEDERAL EXPRESS</u>

August 7, 2002

Mr. Don DeCesare
President
Crossroads Communications of Old Saybrook, LLC
157 North Seir Hill Road
Norwalk, CT 06850

Dear Don:

    Pursuant to Section 8 of that Agreement Re: Loan Repayment, Mortgage Discharge and Tower Site Lease (the "Agreement") dated September 20, 2001 by and between Crossroads Communications of Old Saybrook, LLC and Tower Ventures, Inc. (herein "TVI") (capitalized terms not otherwise defined herein shall have the respective meanings ascribed to such terms in the Agreement), TVI hereby terminates the Agreement due to the fact that notwithstanding TVI's diligent best efforts to obtain the same, TVI has not been able to obtain all of the Approvals, and thus the Conditions Precedent have not been satisfied.

    Don, TVI has expended considerable sums on attempting to get the Old Saybrook site permitted. It appears that we will be denied locally and would have to go to the CT. Siting Council to obtain the necessary approvals and permits for the site, which would involve considerable additional expense. In addition, as you are probably aware, the economic environment has changed dramatically and the wireless carriers are not building out new sites as they have in the past. I would be happy to discuss a revision in the terms of the transaction, taking into account TVI's added expense with regard to the permitting and development of the site and the current economic climate. I will call you to discuss.

Sincerely,

*[signature]*
Robert J. Maccini
COO

**DEFENDANT'S EXHIBIT**
8
JVC  6.3.04

Cc:   John Wolfe
       Joseph V. Gallahger
       Keenan Brinn

TVI 0050

**TOWER VENTURES, INC.**
WESTMINSTER STREET, SUITE 701    PROVIDENCE, RI 02903    TEL 401-854-1850    FAX 401-454-3131