## LAW OFFICE OF MICHAEL K. BROWN
25 FORD ROAD • 2nd FLOOR
WESTPORT, CONNECTICUT 06880

TEL (203) 221-0314
FAX (203) 222-4833

August 9, 2002

BY FAX AND FIRST CLASS MAIL

John W. Wolfe, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903

Re: Crossroads Communications of Old Saybrook, LLC – Tower Ventures, Inc.

Dear John:

I am writing to you on behalf of my client Crossroads Communications of Old Saybrook, LLC ("Crossroads").

Crossroads is in receipt of a letter from Robert J. Maccini of Tower Ventures, Inc. ("TVI") dated August 7, 2002, a copy of which is attached hereto.

As in that letter, capitalized terms not otherwise defined herein shall have the respective meanings ascribed to such terms in that Agreement Re: Loan Repayment, Mortgage Discharge and Tower Site Lease (the "Agreement") dated September 20, 2001 by and between Crossroads and TVI.

Section 8 of the Agreement does provide that if all of the Conditions Precedent have not been satisfied by July 31, 2002, then either Crossroads or TVI may terminate the Agreement. That right of termination, however, is made expressly conditional, " . . . so long as the terminating party is not then in material breach of this Agreement."

TVI is in material breach of the Agreement. Pursuant to Section 1 thereof, "Upon execution and delivery of this Agreement by each of the parties hereto, TVI shall apply for as expeditiously as possible, but in no event later than forty-five (45) days after the execution of this Agreement by each of the parties hereto, all . . . Approvals."

TVI failed to apply for such Approvals within such forty-five (45) day period. That delay constitutes a material breach of the Agreement and is a proximate cause of the failure to


DEFENDANT'S EXHIBIT 9
JVC  6-3-04

CR 0409

have obtained all required Approvals, and thereby to have satisfied the Conditions Precedent, by July 31, 2002.

Accordingly, TVI's attempted termination of the Agreement is hereby rejected on behalf of Crossroads, which reserves to itself all rights and remedies available to it under the Agreement and under applicable law.

With respect to the statement in the second paragraph of Mr. Maccini's August 7 letter that it appears that the required applications for local Old Saybrook approvals will be denied, that is simply not true. Using the local prestige and personal help of Don DeCesare, President of Crossroads, TVI has made application to four (4) boards and commissions in the Town of Old Saybrook. Three (3) of those applications have been unanimously approved. The fourth is to be heard beginning August 19.

Mr. Maccini is well aware of these facts. He should also be aware that local counsel has said that he expects final approval of the pending application by September 23.

Should the pending application be withdrawn or dropped so close to a successful outcome, the business interests of Crossroads would be materially and irreparably damaged; furthermore, Mr. DeCesare's personal reputation in the Town and region would also be seriously and materially damaged.

In accordance with the Agreement, Crossroads will expect TVI, at its cost, thoroughly and diligently to assist local counsel with the pending application and to continue doing so to its final approval. Mr. DeCesare is directing counsel assertively to assure TVI's total cooperation.

Please call me today if at all possible. I will be on a short vacation next week, but will be back in the office on Friday, August 16, 2002.

Very truly yours,

Michael K. Brown

cc. Don DeCesare