Crossroads vs Tower Ventures, Inc.

6/3/2004                                                    Don DeCesare

Page 41

1    many.

2        Q.    Now, what was the -- at the time you signed

3    the contract in September, what was the intent of the

4    parties with regard to the use of the existing tower,

5    was it going to be that tower used, was it going to be

6    replaced, what was going to happen?

7        A.    The intent was to get permission to build a

8    replacement tower on the site occupied by the present

9    auxiliary tower and in so doing, to remove the present

10   auxiliary tower.

11       Q.    And had you and Bob actually discussed that

12   aspect of the contract?

13       A.    Yes.  Yes, we had.

14       Q.    And were both of you in agreement that was

15   the best thing to do or try to do?

16       A.    That's my recollection, yes.

17       Q.    And why was that thought of as the best thing

18   to do?

19       A.    It was my belief that the present tower was

20   not capable of physically holding up, safely,

21   additional capacity of equipment.

22       Q.    Additional antennae and other --

23       A.    Yes.

24       Q.    What was the condition of the tower in

25   September of 2001?

Brandon Smith Reporting

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                    Don DeCesare

Page 42

1       A.    Fair to -- it's an old tower.

2       Q.    Do you have any -- when you say "old," when

3   would it have been installed?

4       A.    I don't know the exact date.  That is

5   something I've not been able to determine from records,

6   but based on observation and what various people have

7   told us, it's an old tower.

8       Q.    Was it important -- withdraw the question.

9           What was the significance of being able to

10   call it a replacement tower, as you understood it, in

11   September of 2001?

12       A.    I don't attach any significance to it other

13   than the fact that we made the decision that the

14   present tower was incapable of holding up enough of

15   equipment to make a deal viable and we should replace

16   it.

17       Q.    Were you aware in September of 2001 that

18   there would be a difference from the town's perspective

19   on what would be required if the pole was called -- the

20   tower was called "replacement" versus putting in a new

21   installation?

22       A.    I'm sorry, you lost me there.

23       Q.    Did you know -- in September 2001, were you

24   aware that what would be required by the town would be

25   different whether the pole was considered a replacement

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                          Don DeCesare

Page 43

1     pole or a new installation?

2          A.    Not in those terms at all, no.

3          Q.    Did you become aware at a point later in time

4     that there would be different requirements imposed by

5     the town if the town didn't consider it a replacement

6     tower?

7          A.    I don't remember ever thinking of the project

8     as anything but a replacement tower, so I never thought

9     of it in the terms you just enunciated.

10         Q.    Did there come a time the town told

11    Crossroads and Tower Ventures that it was going to

12    require Tower Ventures to go through a zoning procedure

13    and obtain a variance?

14         A.    A plan eventually was formulated as to how to

15    approach the town with respect to the project and that

16    plan was formulated in consultation with counsel.

17         Q.    And that counsel being Bill Childress?

18         A.    Yes.

19         Q.    What, what I'm trying to find out, what led

20    to that, the necessity for a plan to be formulated, as

21    best you know or recall?

22         A.    After we had agreed upon a, this agreement --

23         Q.    After you signed the contract.

24         A.    -- we then met to figure out how to proceed,

25    and I recommended that Tower Ventures engage local

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                          Don DeCesare

Page 44

1   counsel and recommended that the local counsel be Bill

2   Childress and subsequently Tower Ventures did engage

3   Bill and he had various conversations with them in

4   which I was not present as well as a few conversations

5   in which I was present.  Somewhere in there is where

6   this plan evolved.

7       Q.   Was it -- and I'm talking a September time

8   frame of 2001, was it thought that Crossroads and Tower

9   Ventures would simply be able to go into the town and

10  get a building certificate and put up a, that's all

11  they would have to do and put up a new tower?

12      A.   I never thought that.

13      Q.   What did you think was going to have to be

14  done?

15      A.   I thought we would have to make application

16  to the town and that we would need representation in

17  order to work our way through that process.

18      Q.   By "application," what did you --

19      A.   Application to do this project.

20      Q.   But application in the sense of going to the

21  building inspector and getting a building permit or

22  something different from or in addition to that?

23      A.   I wasn't completely certain as to all the

24  different wards, bodies, agencies, what have you, that

25  we would have to address, and I felt uncomfortable

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                    Don DeCesare

Page 45

1    suggesting that I was, that's why I felt strongly that

2    we ought to have local representation.

3        Q.   Were, were you aware in the fall, early

4    winter of 2001, that Tower Ventures went in and

5    requested a building permit to construct the tower?

6    I'm talking October, November.

7        A.   If you're saying to me that Tower Ventures

8    formally requested a building permit, I was not aware

9    of that, no.

10       Q.   Were you familiar with the development of

11   Tower Ventures attempting to get a new tower in place

12   without having to go through the variance procedure?

13       A.   No.

14       Q.   Now, did there come a time after the contract

15   was signed that the type of tower --

16            And you testified there was a lattice tower

17   in place, and that lattice tower is still there?

18       A.   Yes.

19       Q.   -- that there was discussion about changing

20   the type of tower that would be put in?

21       A.   Yes.

22       Q.   Okay.  And what was that?

23       A.   My recollection is that at some point in this

24   time frame, and I really don't know the date, we are

25   talking about late --

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                                Don DeCesare

Page 46

1          Q.    October, November, December.

2          A.    -- in '01, I was shown a plan by Tower

3     Ventures to replace the present tower with a lattice

4     work tower, I believe, and then subsequently I was

5     shown another plan that had the replacement being a,

6     what is known as monopole type structure.

7          Q.    And what, if any, was the reason or benefit

8     of going to a monopole over a lattice structure?

9          A.    I was told by Tower Ventures that the

10    monopole had numerous advantages over the lattice work

11    both from a structural point of view and also from the

12    point of view of getting it approved.

13         Q.    And did you also learn that if a monopole was

14    used, they wouldn't need the guy wires for the towers?

15         A.    Yes.

16         Q.    It was a different structure to it?

17         A.    Yes.

18         Q.    And what kind of structure, why guy wires, to

19    the extent you know?

20         A.    Well, believe me, I'm not an engineer, but I

21    was told that the way monopoles are designed and

22    constructed, it becomes what is known as

23    self-supporting so it does not require the guy wires to

24    keep it standing.

25         Q.    And then you would not need that easement on

Brandon Smith Reporting

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                              Don DeCesare

Page 47

1    that neighbor's property for a guy wire if it was a

2    monopole?

3        A.    Right, I was told that was an advantage in

4    the process.

5        Q.    And did, in fact, Bill Childress work with

6    that neighbor and get that neighbor to come and speak,

7    essentially in favor, of the application for a

8    variance?

9        A.    Yes.

10       Q.    Now, you talked about the first replacement

11   was going to be a lattice type replacement?

12       A.    Yes.

13       Q.    And was that what you had in mind and Tower

14   Ventures had in mind in September when you signed the

15   contract, it would be replacing a lattice type tower

16   with another lattice type tower?

17       A.    At the time, we were talking about trying to

18   make a one-for-one replacement with the newer tower,

19   the replacement tower, being ipso facto stronger and

20   more capable.

21       Q.    And newer?

22       A.    And newer.  Well, that's one of the reasons

23   that it was supposed to be stronger.

24       Q.    And do you recall when it was that you saw

25   then plans -- withdraw.

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                    Don DeCesare

Page 48

1          What was it you saw then which first

2    introduced the monopole tower?

3        A.    I was shown some architectural or engineering

4    drawings, I guess you call them, that had the

5    replacement tower designed as a monopole.

6        Q.    And do you have a recollection as about when

7    that occurred?

8        A.    Late November, probably, or maybe early

9    December.

10               MR. GRUDBERG:   Of what year.

11       A.    Of 2001.

12       Q.    For the moment, we'll, all the questions

13   we're talking about late 2001 or early 2002 unless I

14   indicate otherwise.

15            And on behalf of Crossroads, did you agree

16   that this monopole would be a better way and that's the

17   way you ought to proceed with the project?

18       A.    Well, I didn't think it on behalf of, I was

19   desirous that we succeed so I was told this was a

20   better way to go and I said fine.

21       Q.    I take it from that you didn't have any

22   objection to proceeding with the monopole as opposed to

23   demanding a lattice type tower?

24       A.    That's correct.

25       Q.    Was the location of the replacement tower,

Brandon Smith Reporting

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                              Don DeCesare

Page 49

1    either lattice or monopole, different from where the

2    existing tower was?  Proposed location.

3        A.    Initially, we had been talking about, and had

4    contemplated even in the agreement, that it would be a

5    one-for-one replacement, that the replacement would go

6    exactly where the present tower is.  Subsequent to

7    that, Tower Ventures said to me that after reviewing

8    the structure and site, that they would prefer to put

9    it a little bit farther into the property itself as

10   opposed to the present location, which is very close to

11   the property line.

12       Q.    Did they give you reasons for that?

13       A.    They did, one reason stated was it would be

14   easier to build it there, second reason stated was that

15   it would, by the nature of its being farther into the

16   property, presents less of an issue in neighboring

17   property in the event of a failure, another reason

18   given was that on reflection, Tower Ventures felt that

19   the present tower needed to remain up so as to keep the

20   paging antennae functional until the new tower was

21   constructed so they could be moved to it.

22       Q.    That would have been, that recommendation,

23   moving the location, would have been whether it was a

24   lattice or a monopole; is that correct?

25       A.    I don't know.  I mean, I was never -- it

Crossroads vs Tower Ventures, Inc.

6/3/2004                                            Don DeCesare

Page 50

1    wasn't put to me in that way.

2         Q.    Now, were you aware that in October, Tower

3    Ventures had field work done by people to look at the

4    existing tower and then to make recommendations with

5    regard to the replacement tower?

6         A.    I know they had people out there, yes.

7         Q.    And was it from this work that then Tower

8    Ventures came with the proposal to relocate and go to

9    monopole?

10        A.    Well, I don't know that there is a direct

11   connection but it seemed likely to me that that is the

12   way it came to be.

13        Q.    Now, once that decision had been made to go

14   with the monopole, what was your involvement then in

15   dealing with the town and going through the approval

16   process, whatever would be necessary?

17        A.    Well, I had offered from the first to be

18   cooperative and provide whatever assistance I could in

19   the town to the process.  It was my desire that this be

20   successful.

21        Q.    And had you had been involved in this, in the

22   process when they started talking about changing to a

23   monopole?

24        A.    I was not party to the discussions that made

25   the decision to switch the engineering from one to the

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                          Don DeCesare

Page 51

1    other, no.  I was presented with this is what we think

2    we should do and I said it's fine with me.

3        Q.    And to the best of your recollection, that

4    happened November, December --

5        A.    Somewhere in there.

6        Q.    -- of 2001?

7        A.    Yes, yes.

8        Q.    Now, did you subsequently learn that because

9    it was a monopole and not in the identical location

10   that the town was taking the position it would require

11   a variance and to go through the entire zoning process?

12       A.    I don't think it was put to me that way you

13   just put it.  What I understood was that we would have

14   to go through the process that way as a result of

15   making the decision to re -- in fact, relocate within

16   the property the tower.

17                MR. HUMPHREY:  I'm going to mark as 4 a

18   letter dated December 26, 2001 from Kenneth Spigle to

19   Chester Sklodosky, the zoning enforcement officer for

20   Old Saybrook.

21                (Letter from Kenneth Spigle to Chester

22                Sklodosky, 12/26/01 marked Defendant's

23                Exhibit 4 for identification)

24       Q.    Have you seen -- take a look at that letter

25   first.

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                                    Don DeCesare

Page 52

1                    (Pause in the proceedings)

2        A.    Okay, I've looked at that.

3        Q.    Do you recall having seen a copy of that

4    letter prior to today?

5        A.    I don't believe I've ever seen this letter.

6        Q.    Just for your own -- did you ever meet

7    Kenneth Spigle?

8        A.    No.

9        Q.    Just for the record, for your own --

10   Mr. Spigle was working with Tower Ventures and giving

11   some advice on trying to get the tower constructed and

12   wrote to the town trying to get approval for the quick,

13   the quick process.

14             Now, do you recall in the beginning of

15   January 2002 your going in to meet with town officials

16   to talk about trying to get the, a building permit for

17   the tower as a replacement rather than going through a

18   zoning application process?

19       A.    I recall going in to meet with Mr. Sklodosky

20   in, I believe it was late December of 2001, but it

21   might have been early in 2002, but in that rough time

22   period, along with a representative of Tower Ventures.

23       Q.    And does the name Keenan Brinn, B-R-I-N-N,

24   mean anything to you?

25       A.    He was the gentleman from Tower Ventures with

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                           Don DeCesare

Page 53

1    whom I went to meet Mr. Sklodosky.

2        Q.    Do you recall, and I believe the day was

3    January 7, 2002, that you and Keenan and Chester

4    appeared before the zoning commission and discussed

5    whether or not it would be necessary to go through the

6    variance procedure?

7        A.    I do recall attending a zoning commission

8    meeting and Mr. Brinn was there, I wouldn't say we were

9    in the company of Mr. Sklodosky, he was there in his

10   official capacity, and if I recall correctly,

11   Mr. Childress was also there.

12       Q.    And do you recall then meeting a week later

13   and, at the town hall to discuss the zoning

14   commission's position and to see whether or not there

15   was any chance of avoiding the variance procedure?

16       A.    I did.  And I want to amend something I just

17   said.  I'm not sure about Bill Childress the first

18   time, I could be wrong about that.

19            But I do recall going back to Mr. Sklodosky's

20   office some time shortly after the meeting and

21   essentially asking him what are we supposed to do.

22       Q.    And does it refresh your recollection that it

23   was at this point in time when the, what I'll call the

24   short process for getting the tower built, appeared to

25   be a dead-end, that you recommended to Tower Ventures

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                    Don DeCesare

Page 54

1    that they contact somebody and you suggested Bill

2    Childress?

3        A.    That could very well be correct, that's why I

4    was amending my remark, it may very well have been that

5    having had that second or that additional meeting with

6    Mr. Sklodosky, that Keenan and I said, okay, now what

7    are we going to do and I said I think you better get

8    local representation because we're going to need it.

9        Q.    And to your knowledge, Tower Ventures did

10   that, contacted Bill and he took on the project on

11   behalf of them to work through the zoning process?

12       A.    Yes.

13       Q.    And from then until July of 2002, were you

14   involved with Tower Ventures and Bill Childress in

15   putting together applications, appearing before the

16   zoning commission, in the effort to get an approval?

17       A.    Yes.

18       Q.    And what were you seeking or what was Tower

19   Ventures seeking approval for?

20       A.    Well, they were seeking approval to build

21   this monopole replacement for the present lattice tower

22   at a point further into the property away from the

23   property lines to a height a little bit shorter than

24   the present tower but which, they told me, was more

25   than sufficient for the purposes of additional tenants.

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                                Don DeCesare

Page 55

1       Q.    So it's your recollection not only was it

2   going to be a monopole and get rid of the guy wires but

3   there was a possibility that the tower could be shorter

4   than the existing?  When I say "shorter," less in

5   height than the existing tower.

6       A.    Yes, I was told that that was what they had

7   designed and it was sufficient.

8       Q.    Now, in this 2000 -- early 2002, did you know

9   various members of the zoning commission in Old

10  Saybrook?

11      A.    Casually, socially, yes.

12      Q.    And were you familiar with what their meeting

13  schedule was, when the zoning commission met with the

14  other various agencies?

15      A.    Not specifically, I didn't think about it

16  that way.

17      Q.    Were you aware they met once a month,

18  generally, as a general rule?

19      A.    As a general rule, I probably was, but I

20  don't think I focused on it that way.

21      Q.    What was your knowledge as you started to

22  work on the applications or Tower Ventures did, as to

23  the zoning process, did you have specific knowledge as

24  to what was going to be required, the commissions that

25  were going to be, the boards --

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                      Don DeCesare

Page 56

```
 1        A.    No.

 2        Q.    -- that were going to needed to obtain

 3  approval from?

 4        A.    I did not.

 5        Q.    I take it you learned as you went along?

 6        A.    I did.

 7        Q.    How long did Bill Childress stay involved in

 8  the project, to the best of your recollection?

 9        A.    To the best of my recollection, he was

10  involved in it from the moment he was engaged, I guess

11  in early '02, until the moment of dissolution, so to

12  speak.

13        Q.    Did he go through -- do you recall September

14  3 as the date when the zoning commission finally

15  approved the tower, of 2002?

16        A.    It was in early September, I don't remember

17  if it was the 3rd or the 4th, but it was early

18  September, yes.

19        Q.    And to the best of your recollection,

20  Childress was involved through that period of time?

21        A.    Definitely.

22        Q.    Was there anything that Bill did or didn't do

23  on behalf of Tower Ventures in filing and processing

24  the applications that concerned you, at the time?

25        A.    Only the number of them, that annoyed me.
```

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                          Don DeCesare

Page 57

1        Q.    The number of what?

2        A.    Of applications and boards that had to be

3    reviewing them.

4        Q.    But there were no boards that were asked to

5    review that weren't necessary to review?

6        A.    I wouldn't know, Bill was leading that.

7        Q.    But as of the time, is it fair to say that

8    you didn't find that he was not representing Tower

9    Ventures properly or not proceeding properly with the

10   applications?

11       A.    No.

12       Q.    Do you have anything today, any reason today

13   to believe that Bill Childress wasn't doing his best to

14   proceed with the applications?

15       A.    No, I do not.

16       Q.    Were there any other experts, to your

17   knowledge, engaged on the legal side other than Bill?

18       A.    Not that I'm aware of.

19       Q.    Did you, in fact, as the application went

20   before the, first the zoning board of appeals; is that

21   correct?

22       A.    Well, you referenced the first was at the

23   zoning board itself, then after Bill entered, we did,

24   there was an appearance before the zoning board of

25   appeals and then there were subsequent appearances

Brandon Smith Reporting

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                                Don DeCesare

Page 58

1    before other boards.

2         Q.    So you eventually learned the process would

3    require a zoning board of appeals approval?

4         A.    Yes.

5         Q.    Then there was an architectural approval --

6         A.    Yes.

7         Q.    -- another --

8         A.    That was another board, yes.

9         Q.    Was there an historic board or something like

10   that?

11        A.    I don't recall the historic commission being

12   involved.

13        Q.    Was there a planning commission?

14        A.    Yes.

15        Q.    And then was there, following the zoning

16   commission --

17        A.    Yes.

18        Q.    -- for the final?

19        A.    Yes.

20        Q.    And all of that was taking place in the

21   period end of January, January '02 through September

22   '02?

23        A.    Yes.

24        Q.    And is it fair to say that as far as hearings

25   and whatever else, that you were present and

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                           Don DeCesare

Page 59

1    participated or added support or --

2        A.   I went to every one that I could attend.

3    There may have been one or two that I wasn't able to be

4    at, but I certainly went as regularly as I could.

5               MR. HUMPHREY:  Let's take a little

6    break.

7               (Break taken:  11:31 - 11:36)

8               (Letter of 1/27/02 marked Defendant's

9          Exhibit 5 for identification)

10              MR. HUMPHREY:  Back on the record.

11       Q.   Showing you what has been marked for

12   identification, Defendant's Exhibit 5, a letter dated

13   January 27, 2002, just ask you to read that.

14       A.   Okay.  I'm reading it.

15              (Pause in the proceedings)

16       A.   Okay.

17       Q.   The signature on the letter, do you recognize

18   that?

19       A.   Yes.

20       Q.   Whose is it?

21       A.   Mine.

22       Q.   Does that letter at all refresh your

23   recollection about the, approximately when Bill

24   Childress came on the scene?

25       A.   Well, it certainly suggests that prior, some

Brandon Smith Reporting

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                              Don DeCesare

Page 60

1    time prior to January 27, 2002, Bill was on the case.

2         Q.    And, obviously, since you had recommended

3    him, you've testified you thought he was well-respected

4    and well-versed in Old Saybrook zoning and real estate

5    matters, and that you were pleased that they had

6    actually retained him --

7         A.    Yes.

8         Q.    -- is that correct?

9              And you felt that that would enhance the

10   chances of success before the zoning boards?

11        A.    I did.

12        Q.    Early on, did you know whether or not Bill

13   Childress made another effort to see if you could

14   short-circuit the process by getting the tower thought

15   of as solely a replacement and just needing a building

16   certificate or building permit?

17        A.    I don't recall that ever being put to me by

18   Bill, no.

19        Q.    Did you have conversations with Bill on,

20   talking early 2002 now, about the possibility of

21   success or failure of the application?

22        A.    Oh, I'm sure I did.

23        Q.    Did he, do you recall him expressing to you

24   some concerns about the success, that he knew there

25   were one or two people on the commission that might be

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                    Don DeCesare

Page 61

1    against the tower?

2        A.   I recall him, I don't know the exact time

3    frame, but I certainly recall having conversations

4    about who could potentially be troublesome in getting

5    the things approved, yes.

6        Q.   And do you recall him suggesting,

7    recommending, that the application be filed so it would

8    be heard in April and not in March because some members

9    were going to be away and that might jeopardize the

10   chance for approval?

11       A.   I don't recall, I don't recall that.

12       Q.   The application was approved in due course by

13   the zoning board of appeals; is that correct?   In

14   April, May.

15       A.   The zoning board of appeals did approve the

16   application, yes.

17       Q.   And in addition, the planning commission and

18   some others, and the final step would be, as far as

19   town approvals were concerned, would be the zoning

20   commission itself?

21       A.   That was what I was led to believe was the

22   sequence.

23       Q.   Now, do you recall having conversations in

24   July, August, September, July and August and September

25   with Bill when he expressed concern about getting

Brandon Smith Reporting

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                        Don DeCesare

Page 62

1    approval from the zoning commission?

2        A.   I certainly remember talking with Bill about

3    the process and, you know, what we had to do and when

4    we had to do it.  I don't remember him ever saying it's

5    not going to work.

6        Q.   Do you recall talking with him about the vote

7    necessary, did it have to be unanimous, could it be

8    four to one, three to two, in order to obtain the

9    approvals?

10       A.   Oh, I must have asked him that but I don't

11   remember exactly when.

12       Q.   Do you recall in August of 2002, July, August

13   of 2002, learning that there was at least one member of

14   the zoning commission who was quite set against the

15   tower?

16       A.   I don't think it was put to me that way.  I

17   remember Bill saying in a conversation, I don't know

18   when the conversation specifically took place, but some

19   time in this time frame that there was one gentleman on

20   the zoning board who was, generally speaking, opposed

21   to the structure, structural, you know, improvements.

22       Q.   And do you recall Bill saying that he was not

23   sure what influence this individual would have on the

24   rest of the commission and whether or not he might be

25   able to block the tower?

**Brandon Smith Reporting**

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                      Don DeCesare

Page 63

1      A.    I don't know that he put it that way.    I

2   think he said that this gentleman had the opinion that

3   he had and that we would work hard on everybody else?

4      Q.    Now, at any time from October of 2001 through

5   August of 2002, did you ever express to Tower Ventures

6   any concern with the way they were processing the,

7   handling the efforts to get approved for the tower?

8      A.    How do you mean "the way"?

9      Q.    Did you tell them that you were upset that

10  they weren't going fast enough, that they were using

11  the wrong methodology or anything?

12     A.    Well, I'll separate that into its two parts.

13  I certainly expressed concern that it wasn't moving

14  very quickly.  I don't remember ever saying that I

15  don't think you're doing it correctly.  I was very

16  frustrated at how long it was going.

17     Q.    Now, was your concern, frustration, over the

18  zoning process or something that Tower Ventures was

19  doing or not doing?

20     A.    Boy, it's hard for me to separate that into

21  its parts.  I think a little of both.  I certainly was

22  not happy that there were so many boards and

23  commissions that had to review all this, but I deferred

24  to Bill.  I mean, I certainly felt then, and still do,

25  that he would know a hell of a lot better than I --

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                    Don DeCesare

Page 64

1    excuse my language -- better than I how to do it and

2    what boards had to be addressed and so on, the

3    sequence. But I also was feeling some frustration with

4    respect to the Tower Ventures part of it; and, in fact,

5    at one point, Bill actually asked me to intercede with

6    them to get them to move faster.

7        Q.   When was that?

8        A.   Spring, I think, March, April, somewhere in

9    there.

10       Q.   Do you recall what it was with regard to?

11       A.   Yes.  He needed some drawings to get them

12   before one of the boards, I don't remember which one it

13   was at the time, and he called me and said he was

14   having a great -- he was having difficulty, I don't

15   know if he said a great deal of difficulty -- but he

16   was having difficulty with Tower Ventures getting the

17   drawings that he needed in order to put them before the

18   board in the time frame that would be acceptable to the

19   board or we would miss a cycle and he asked me to see

20   if I could intercede, which I then did.

21       Q.   Other than that, do you recall any other

22   instances?

23       A.   Well, that one is very specific in my mind.

24   There may have been others, I just don't recall.

25       Q.   But you don't recall any as you sit here now?

Brandon Smith Reporting

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                    Don DeCesare

Page 65

1        A.    I don't recall any specific ones, no, other

2    than my general sense of frustration at the time frame.

3        Q.    And that general sense was just meeting all

4    the town requirements, right?

5        A.    Well, a combination of that and the

6    timeliness of meeting those requirements.

7        Q.    And what do you mean with regard to the

8    timeliness, what are you --

9        A.    I'm just talking specifically about this

10   issue that we were just discussing wherein Bill is

11   saying to me, Don, you know, we need to put these

12   documents in front of, whichever board it was, by this

13   date or else we will miss a cycle, please help me get

14   that done.

15       Q.    Okay.   If we assume that was sometime in the

16   spring, late winter, spring of 2002, was there anything

17   prior to that at any time that you had expressed any

18   concern to Tower Ventures about how they were

19   proceeding?

20       A.    Well, going back into the fall of 2001,

21   sometime after the first meeting or two that I had with

22   Mr. Brinn, I remember talking with him on the telephone

23   at least once, perhaps more than once, about the

24   necessity to get moving, to get plans in front of town

25   officials.

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

Page 66

```
 1        Q.    Now, under the contract, Crossroads was to

 2    provide Tower Ventures with whatever documents it had

 3    in terms of real estate, FAA approvals, other documents

 4    of that nature; do you recall that?

 5        A.    I recall the contract refers to Crossroads

 6    providing, I think it was called property documentation

 7    in the contract.  I don't believe FAA is mentioned

 8    there.

 9        Q.    Do you recall whether or not Crossroads ever

10    provided any such documentation?

11        A.    I do.

12        Q.    What is your recollection?

13        A.    My recollection is that in my first meeting

14    with Mr. Brinn, face to face, about this, was in late

15    September of 2001, within, I'll say, a week of the

16    signing.  I was quite eager to get on with the process

17    once we had signed it.  He came to visit me in

18    Middletown at that time period, roughly late September

19    of 2001, for our first meeting, and at that meeting, I

20    remember discussing with him that there was not much in

21    the way of structural drawings or property maps that

22    was in my possession and I remember asking him what he

23    needed or wanted and that I would be more than happy to

24    provide it.

25        Q.    And is your recollection that you provided
```

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                          Don DeCesare

Page 67

1    whatever property documentation that Crossroads had

2    to --

3        A.    It's my recollection that I provided to him

4    that which he asked me to give him, which wasn't much

5    because I didn't have much in the way of drawings.    And

6    I recall him saying to me that he would get title and

7    land drawings from the town.

8        Q.    And do you recall being asked for copies of

9    the FAA's determination of no hazard to air navigation

10   finding that they had made?

11       A.    I don't recall that, no.

12       Q.    Do you recall having that in Crossroads'

13   files?

14       A.    I'm thinking -- you're asking me to think

15   about the FAA, and I know that we have FAA

16   documentation in Middletown.    I don't remember

17   specifically whether there is any separate FAA

18   documentation in Old Saybrook.

19       Q.    From your recollection of at least what you

20   have in Middletown, the FAA documentation would include

21   site plans and other specifications with respect to the

22   location of tower, height of tower, with survey

23   markings, et cetera; is that not correct?

24       A.    No.    What I have in Middletown is

25   correspondence between the ownership of the station

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                        Don DeCesare

Page 68

1    prior to me and some official of the FAA stating that

2    the tower in Middletown, I'm speaking about, is at such

3    a height that it does not require any further FAA

4    oversight and that, therefore, it's entitled to what

5    I'm going to call a waiver, I don't know what they call

6    it in the document, and, therefore, there is no other

7    FAA requirement.

8        Q.    And you don't recall whether or not there was

9    any such file for the Old Saybrook tower?

10       A.    I don't. I don't recall that. That doesn't

11   mean it doesn't exist, I don't recall it.

12       Q.    And so is it fair to say you don't recall

13   whether or not Crossroads ever gave such a file, if it

14   existed, to Tower Ventures?

15       A.    It's fair to say that I don't recall that and

16   I don't recall whether I was ever asked for it.

17       Q.    You testified that you did see -- withdraw

18   the question.

19            You were aware that there were field people

20   working out at the site and doing whatever work they do

21   to pinpoint the location of a proposed or existing

22   tower?

23       A.    Yes.

24       Q.    Did you actually observe that yourself or

25   learn of it secondhand?

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                             Don DeCesare

Page 69

1      A.   I may have seen them wandering about there

2   but I certainly wasn't looking to be supervising them

3   or anything like that.

4      Q.   And were you aware that this work was

5   necessary before you could go to the town with any kind

6   of a request for an application?

7      A.   It wasn't put to me that way and I didn't

8   think of it that way.  Mr. Brinn had said to me he

9   wanted to send some folks out to make measurements and

10  so on and I gave him permission to do it.

11     Q. ` Were you aware of what was necessary to

12  submit to the town to get a building permit for a tower

13  in October of 2001?

14     A.   Specifically what documents would be

15  required?  Only in a general sense.

16     Q.   What was your understanding or what was your

17  knowledge?

18     A.   Well, my understanding at the time would have

19  been that we would -- "we" in this case being

20  Crossroads and Tower Ventures together -- would present

21  to the town officials a plan to replace the tower which

22  would include drawings and so on.

23     Q.   And in October, you were aware that Tower

24  Ventures was proceeding to get the site work that was

25  necessary to present this to the town?

Brandon Smith Reporting

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                                Don DeCesare

Page 70

1    A.    Again, I never thought of it in the formal

2    sense of now they are doing the site work, now they are

3    making the plans, or anything like that.  I saw it as a

4    continuum, so to speak.  We met.  We decided we were

5    going to present a plan, Tower Ventures went off to

6    create the plan.  I was given an opportunity to look at

7    an initial version of it; I had some comments about

8    that.  There was a second, at least one other version

9    of it and then we went and first met with Mr. -- now

10   I'm having problems with it -- Mr. Sklodosky.

11   Q.    Mr. Chester.

12   A.    Chester, yes.

13   Q.    Was it between the first plan and the second

14   that it changed to a monopole or was it after the

15   second set that you saw that it changed to a, the

16   recommendation changed to a monopole?

17   A.    Boy, I don't know.  I don't remember that

18   specifically.  Obviously, somewhere it went from being

19   a lattice to being a monopole, but I don't know if that

20   was the second one or the third one, somewhere in

21   there.

22   Q.    But it was in that October, November time

23   frame, October, November, December time frame that that

24   occurred or all those things occurred?

25   A.    I can't even be 100 percent certain of that.

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

Don DeCesare

1    Truthfully, I can't.  I know Mr. Brinn and I were

2    discussing him putting together plans and that we would

3    then take those plans to the town and I remember saying

4    to him we should try to get on to this as soon as we

5    can, but I can't tell you with any certainty at all

6    whether, whether the monopole was presented the first

7    time we ever met Mr. Sklodosky or it was the second

8    time we met him, I don't remember that.

9        Q.    When was it that you first learned that the

10   town would not approve this as a replacement and let

11   Crossroads and Tower Ventures proceed, what I'll call

12   simply, just by pulling a building permit?

13       A.    Mr. Brinn and I visited Mr. Sklodosky for the

14   first time in late November or early December of 2001.

15   At that time, Mr. Brinn had a planning -- a drawing, a

16   set of drawings with him; I can't be certain, I think

17   they were for the lattice-type replacement, but I could

18   be wrong about that.  There were certainly a set of

19   drawings that we showed to Mr. Sklodosky.

20            In that conversation with him, we were asking

21   how do we proceed to do this and he said that he would

22   want to ask for permission to consult the board's

23   attorney, meaning the zoning board's attorney, as to

24   how to proceed and asked that we be back in touch with

25   him in a week or so.

Brandon Smith Reporting

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                    Don DeCesare

Page 72

1              I believe that I contacted him by telephone

2       somewhere in that time fame, 10 days, a week, somewhere

3       in there, and that he had said to me, I have permission

4       to ask our attorney for an opinion.  I took him to mean

5       permission from whoever he reports to, which is to say

6       the zoning board, to consult their attorney, whose name

7       I don't know, if I ever did, I certainly don't remember

8       it, as to what their position would be.  He asked me to

9       be back in touch in a couple weeks, and here I'm

10      unclear whether I then turned that over to Mr. Brinn

11      and said why don't you be in touch with him or whether

12      together we decided to be back in touch with him, but

13      we did eventually meet with him again together in --

14          Q.    And what was the result of that meeting?

15          A.    -- that end of the year time frame.

16              The result of that meeting was that

17      Mr. Sklodosky said that we were going to have to come

18      before the board to make application and that at the

19      time that that happened, the board's attorney would

20      have presented the board with some sort of an opinion.

21          Q.    That that was -- your understanding was that

22      that was going to be required or necessary in this

23      instance, that you had to process a variance as opposed

24      to --

25          A.    No, I'm not talking about a variance here and

Brandon Smith Reporting

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                     Don DeCesare

Page 73

1    I don't believe the word variance was mentioned at that

2    point. He was saying to us, Mr. Sklodosky, I mean, I'm

3    going -- I'm asking for an opinion from our attorney as

4    to how we should view this matter and you gentlemen

5    need to come before the board and at that time we will

6    have that opinion and we will then discuss how we're

7    going to proceed.

8         Q.    Is that what led to the meetings in early

9    January before the board or with the board and being

10   advised that you would have to proceed with the zoning

11   application?

12        A.    Yes, it must -- yes.

13        Q.    At any time during that period, and I'm

14   talking September 20 through at least January when we

15   learn we're going to have to go full boat, did you have

16   a feeling that Tower Ventures was in any way acting in

17   bad faith?

18        A.    Oh, I wouldn't use the word bad faith. I was

19   frustrated about the slowness of the process moving

20   along. That term doesn't jump into my mind.

21        Q.    At any point in that period of time did you

22   have or did you consider that Tower Ventures was in any

23   way in breach of the agreement between the two parties?

24        A.    Absolutely.

25        Q.    When you say "absolutely," what did you

Brandon Smith Reporting

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                              Don DeCesare

Page 74

1    consider to be a breach or breaches of the agreement?

2        A.    I knew that there was a 45 day period called

3    for in the agreement and I was very much aware of when

4    the 45 days would expire.

5        Q.    And what did you do?

6        A.    How do you mean?

7        Q.    Well, if you were very much aware of when the

8    45 days expired, what did you do?

9        A.    At the point of the 45 day mark, which I was

10   keeping in my mind as we were approaching it, I

11   wondered to myself what will I do if we pass the date

12   without any real progress.  And I felt uneasy about how

13   to proceed.  I consulted counsel and --

14       Q.    Was that Mr. Brown?

15       A.    Mr. Brown.

16             -- and ultimately decided that I would allow

17   the date to pass and seek in my mind, as we went along,

18   to see whether or not there was any damage as a result

19   of it.

20       Q.    So I take it from your answer that you never

21   communicated to Tower Ventures your belief that they

22   were in breach of the contract?

23       A.    I don't think I ever used those words per se.

24   I may have, I don't know that.  But I certainly

25   communicated to Mr. Brinn my frustrations at the

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                              Don DeCesare

Page 75

1    slowness of the process, and at that point, we hadn't

2    even met for the first time with anybody from the town.

3        Q.    And did you have this -- you said you were

4    very much aware of the 45 day period?

5        A.    Yes.

6        Q.    Did you have that marked on a calendar?

7        A.    No, I had it in my head.

8        Q.    And do you know today as you sit here today

9    what day that was?

10        A.    November, I don't remember the day in

11    November, it's in November of '01.

12        Q.    But this is something that in all of October

13    you had been thinking about?

14        A.    I don't want you to get the impression I was

15    spending every minute of every day that I was thinking

16    about this, but it did go through my mind, yes.

17        Q.    I take it also from your answer that you did

18    not send a written communication to Tower Ventures that

19    Crossroads considered that Tower Ventures was in breach

20    of the contract?

21        A.    I did not.

22        Q.    And, in fact, at any time prior to Tower

23    Ventures notifying Crossroads that it was terminating

24    the contract in August of 2002, Crossroads did not send

25    anything in writing to Tower Ventures saying that Tower

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

Page 76
1   Ventures was in breach of the agreement?

2        A.   No.

3        Q.   What was it that you expected to be

4   accomplished in the first 45 days of the, after the

5   signing of the contract?

6        A.   I expected Tower Ventures to do exactly what

7   the agreement calls for them to do.

8        Q.   And what was that?

9        A.   What it says.

10       Q.   What does it say?

11       A.   It says that they are to make all

12  applications for the approval of the project within 45

13  days.

14       Q.   And I think you've testified you weren't sure

15  what went into making any particular application to the

16  town --

17       A.   I was not.

18       Q.   -- as of the fall of 2001?

19       A.   That is correct, I did say that.

20       Q.   And do you now know that, what plans or

21  specifications would have been necessary to get a

22  building permit for the tower?

23       A.   Well, I know generally what we found out,

24  yes.

25       Q.   What was that?

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                         Don DeCesare

Page 77

1       A.    That in this particular instance, the best

2   course to follow was to get a zoning variance, the

3   propose to move the tower to a different location

4   within the property, because it was the judgment of

5   Tower Ventures, and I suppose Bill, although I'm not

6   sure whose idea it was initially, that this would make

7   it more likely to be approved.

8       Q.    With respect to the 45 day period, was it

9   contemplated, did you believe or understand that a full

10  zoning process was going to be necessary when you

11  signed the contract?

12      A.    I didn't have any specificity in my mind

13  about what was involved.  I'm not an expert in that.

14      Q.    So you had no knowledge of what was required

15  to be done to submit an application at the time you

16  signed the contract?

17      A.    Not specific knowledge, no.

18      Q.    What was your, what general knowledge did you

19  have?

20      A.    That plans would have to be drawn and they

21  would have to be taken to the town and the town would

22  have to then pass on those plans.

23      Q.    Now, would that be for the variance or just

24  for a building permit?

25      A.    Again, I didn't think of it in terms of

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                    Don DeCesare

Page 78

1    either a variance or a building permit.  I thought of

2    it in terms of an approval from the town.  And that

3    Tower Ventures was the expert in this and that's what

4    they would to.

5         Q.    And so at the time you signed the contract,

6    you did not even know whether what was called for in

7    terms of filing with the town could even be

8    accomplished within 45 days?

9         A.    Again, I didn't think of it in those terms.

10   We had put 45 days into the agreement and that's what

11   time frame I expected.

12        Q.    Whether or not it could be accomplished?

13        A.    I didn't think of it in those terms.  I

14   thought of it in terms of we negotiated a period of

15   time of 45 days, that's what we agreed upon, that was

16   the time frame that I expected.

17        Q.    And did you later come to find out that it

18   couldn't be accomplished, the filing of the

19   applications, within that 45 day time period?

20        A.    No one put it to me that way as you just did.

21   And I don't even to this day know what could or

22   couldn't have been accomplished if things had been done

23   on a different timetable.

24        Q.    Is it fair to say that the 45 day was put in

25   there to make sure that Tower Ventures got started and

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                        Don DeCesare

Page 79

1    just didn't sit around and do nothing?

2         A.   Oh, I can't say that.  They had a position

3    about that and I had a position about that and we

4    negotiated it and that was the time frame we agreed

5    upon.

6         Q.   Do you know now the difference of what was

7    required in an application to get a building permit

8    versus what was required for the zoning application?

9         A.   Lord no.  I don't pretend to be an expert in

10   real estate law.

11        Q.   Do you know when, in fact, plans were first

12   presented to the town by Tower Ventures?

13        A.   Well, as I say, I think I mentioned this

14   earlier, that Mr. Brinn and I went to see Mr. Sklodosky

15   together for the first time, I believe that was early

16   December of 2001, which is to say subsequent to the 45

17   days having elapsed, and at that first meeting,

18   Mr. Brinn had some, I'll call them preliminary, had

19   some drawings he showed to Mr. Sklodosky and that's

20   when the process began with the town in a formal way.

21        Q.   And also is it fair to say that sometime

22   between September 20 and those initial meetings with

23   Chester, that the drawings changed from a lattice to a

24   monopole tower?

25        A.   You asked me this before and I'm going to

f248a4e5-5c39-4ec8-b669-3a1511329e81

Crossroads vs Tower Ventures, Inc.

6/3/2004                                                          Don DeCesare

Page 80

1    have to answer it the same way.  I don't recall

2    specifically at which point in the process of several

3    sets of drawings we went from lattice to monopole.  It

4    may have been in between the first meeting I had with

5    Mr. Brinn and the first meeting I had with Mr. Brinn

6    and Mr. Sklodosky and it may have been the second

7    meeting, I don't -- it was somewhere in there, but I

8    don't know specifically when we went from lattice to

9    monopole and whether we ever put lattice in front of

10   Mr. Sklodosky.

11        Q.   But in any event, is it fair to say that

12   during December, January, February, March, April, May,

13   that you worked with Tower Ventures in processing

14   whatever applications were necessary, providing

15   whatever materials was necessary to the various

16   agencies of the town of Old Saybrook?

17        A.   I had a strong desire to be as helpful as I

18   could be and did everything that I reasonably thought I

19   could do to help, yes.

20        Q.   And so it's fair to say you worked with Tower

21   Ventures in trying to complete this process?

22        A.   Yes.

23        Q.   And during that period of time, you never

24   once said to Tower Ventures that you considered them in

25   default or in breach of the agreement?

Brandon Smith Reporting

f248a4e5-5c39-4ec8-b669-3a1511329e81