Exhibit B

## Robert Maccini

**From:** "Robert Maccini" <maccini@msn.com>
**To:** "Joseph V. Gallagher" <joe@jvgassociates.com>
**Sent:** Friday, October 04, 2002 12:26 PM
**Attach:** Don DeCesare proposal letter 10 4 02.doc
**Subject:** Old Saybrook

Joe,

Would you review the letter to Don and give me your thoughts.

bob

**TVI 0237**

4/8/04

October 4, 2002

Mr. Don DeCesare
President
Crossroads Communications of Old Saybrook, LLC
777 River Road
Middletown, CT 06457

Dear Don:

I am still pursuing a 3rd party refinance of your mortgage on the property located at 77 Springbrook Road. However, in an effort to reach a timely and mutually acceptable agreement I have outlined what would be acceptable to Tower Ventures whereby we would rescind our termination of the agreement and proceed to develop the tower. As we have agreed, we continue to proceed with obtaining additional approvals we need to construct and operate the tower while we try to reach a compromise.

**OPTION I**

Tower Ventures ("TV") will pay to Crossroads $150,000 at closing and Crossroads will in turn payoff the Raycee note.

The ground lease will be amended so that TV will pay $1,500 per month plus collocation as follows:

| | |
|---|---|
| 1st and 2nd carrier- | 15% |
| 3rd and 4th carrier- | 20% |
| all other carriers- | 30% |

Carriers are to be defined as broadband tenants (e.g. Verizon, Sprint, AT&T, etc.)
In addition, TVI and Crossroads will split 50/50 on all non-broadband tenants (paging, 2 way)

**OPTION II**

TV will refinance the Raycee note although prior to refinancing the note we will speak to Raycee to see if we could obtain a Subordination and Non-Disturbance Agreement. If we can obtain this agreement we would not refinance the note. Following are two options depending on whether we have to pay off the Raycee Note

TVI 0238

A (Payoff Raycee Note)

TV will pay you $50,000 for the first broadband tenant that leases space on the tower and has commenced paying rent plus plus $25,000 for each broadband tenant that leases space on the tower and has commenced paying rent up to a total payment of $150,000

The ground lease will be amended so that TV will pay $1,500 per month plus collocation as follows:

        1st and 2nd carrier-    15%
        3rd and 4th carrier-    20%
        all other carriers-    25%

Carriers are to be defined as broadband tenants (e.g. Verizon, Sprint, AT&T, etc.)
In addition, TVI and Crossroads will split 50/50 on all non-broadband tenants (paging, 2 way)

B (Don't payoff Raycee Note)

TV will pay you $150,000 at closing.

The ground lease will be amended so that TV will pay $1,500 per month plus collocation as follows:

        1st and 2nd carrier-    15%
        3rd and 4th carrier-    20%
        all other carriers-    30%

Carriers are to be defined as broadband tenants (e.g. Verizon, Sprint, AT&T, etc.)
In addition, TVI and Crossroads will split 50/50 on all non-broadband tenants (paging, 2 way)

Please review the above options and we can discuss any questions you may have. I look forward to speaking with you.

Best regards,

Robert J. Maccini
COO

TVI 0239

## Robert Maccini

**From:** "Robert Maccini" <maccini@msn.com>
**To:** "Joseph V. Gallagher" <joe@jvgassociates.com>
**Sent:** Tuesday, October 08, 2002 12:09 PM
**Attach:** Don DeCesare proposal letter 10 10 02.doc
**Subject:** Old Saybrook

Joe,

I have revised the letter to make the deal simpler. Please review.

Bob

TVI 0240                4/8/04

October 8, 2002

Mr. Don DeCesare
President
Crossroads Communications of Old Saybrook, LLC
777 River Road
Middletown, CT 06457

Dear Don:

I have outlined what would be acceptable to Tower Ventures whereby we would rescind our termination of the agreement and proceed to develop the tower. As we have agreed, in the interim, we continue to proceed with obtaining additional approvals we need to construct and operate the tower while we try to reach a compromise.

Tower Ventures ("TV") will pay to Crossroads $150,000 at closing and Crossroads will in turn payoff the Raycee note. However, if we can obtain a subordination and non-disturbance agreement prior to closing then you will have no obligation to pay off the Raycee note.

The ground lease will be amended so that TV will pay $1,500 per month plus collocation as follows:

| | |
|---|---|
| 1st and 2nd carrier- | 0% |
| 3rd and 4th carrier- | 15% |
| all other carriers- | 20% |

Carriers are to be defined as broadband tenants (e.g. Verizon, Sprint, AT&T, etc.)
In addition, TVI and Crossroads will split 50/50 on all non-broadband tenants (paging, 2 way).

Please review the above options and we can discuss any questions you may have. I look forward to speaking with you. We reiterate that we had the right to terminate and will vigorously defend our position. Having said this, it is my hope that we can proceed under the terms outlined above and both make some money rather than spending time and money litigating this matter.

Best regards,


Robert J. Maccini
COO

TVI 0241