UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CROSSROADS COMMUNICATIONS OF OLD SAYBROOK, LLC, | : : | |
| Plaintiff, | : : | CIVIL NO. 3:03CV459(PCD) |
| VS. | : : | |
| TOWER VENTURES, INC., | : | OCTOBER 29, 2004 |
| Defendant. | : : | |

**MOTION FOR <u>NUNC PRO TUNC</u> EXTENSION
OF TIME AND/OR MOTION FOR RECONSIDERATION
OF ORDER BARRING FURTHER EXTENSIONS**

Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") hereby moves for a <u>nunc pro tunc</u> extension of time for the filing of papers in response to defendant's summary judgment motion, and/or for reconsideration of the Court's earlier order of September 29, 2004 barring further extensions. In support thereof, the plaintiff states as follows:

1.  Pursuant to the Court's order of September 29, 2004, plaintiff's summary judgment response was scheduled to be served by October 8, 2004, and defendant's reply papers by October 29, 2004. The Court's order granting that motion indicated that these deadlines would not be extended further.

2.  On October 21, 2004, plaintiff filed a motion seeking another, final extension to October 25th for the filing of opposing papers, and November 5th for the filing of reply papers. In an

order received by the undersignend on October 28, 2004, the Court denied that motion, referring to its order of September 29th.

3.   Plaintiff's papers in opposition to summary judgment were served by fax on opposing counsel on October 28, 2004.

4.   By this motion, plaintiff seeks a <u>nunc</u> <u>pro</u> <u>tunc</u> extension of time, to October 28, 2004, for the filing of plaintiff's opposition to defendant's summary judgment motion, and a corresponding extension, of whatever duration the Court deems appropriate, of defendant's time to file reply papers.  Further, to the extent necessary, plaintiff seeks reconsideration of the Court's earlier order barring further extensions of time.

5.   Plaintiff recognizes that this request seeks unusual relief.  The reasons in support of the motion, as well as the course of events that led to the late service of the response, are set out in detail in the accompanying affidavit of counsel.  As counsel's affidavit states, the failure to meet the Court's deadline was due to counsel's personal failings, and not to any misconduct on plaintiff's part.  If plaintiff's papers are not allowed to be filed, however, plaintiff will be prejudiced.  Counsel's affidavit asks that the Court inflict any punishment on counsel, and not on the plaintiff.

6.   In connection with this motion, the undersigned has spoken with Steven Humphrey, Esq., attorney for the defendant.  Attorney Humphrey stated he would take no position with respect to the relief sought in this motion.

WHEREFORE, plaintiff respectfully requests an extension of time, nunc pro tunc, to October 28, 2004 for the service of papers in opposition to defendant's summary judgment motion and, to the extent necessary, reconsideration of the Court's September 29, 2004 order directing that no further extensions be granted.

>
> THE PLAINTIFF
> CROSSROADS COMMUNICATIONS OF OLD
> SAYBROOK, LLC
>
>
> By_____
>    David T. Grudberg, ct01186
>    JACOBS, GRUDBERG, BELT & DOW, P.C.
>    350 Orange St.
>    P.O. Box 606
>    New Haven, CT  06503
>    Ph.:(203) 772-3100
>    Fax:(203) 772-1691
>    Email: dgrudberg@jacobslaw.com

CERTIFICATION

I hereby certify that a copy of the foregoing, along with the attached affidavit, was mailed first class, postage pre-paid, on October 29, 2004 to:

Steven R. Humphrey, Esq.
Elizabeth R. Leong, Esq.
Marion B. Manzo, Esq.
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT  06103-3597

_____
David T. Grudberg

3