FILED

2005 JAN 21 P 12: 59

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CROSSROADS COMMUNICATIONS OF OLD     :
SAYBROOK, LLC,                       :
     Plaintiff,                     :      CIVIL NO.  3:03CV459(PCD)
                                     :
VS.                                  :
                                     :
TOWER VENTURES, INC.,                :      JANUARY 21, 2005
     Defendant.                     :
                                     :

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) and in consideration of the various promises set forth in the Settlement Agreement between the parties executed in connection with this stipulation, Plaintiff Crossroads Communications of Old Saybrook, LLC ("Crossroads") and defendant Tower Ventures, Inc. ("TVI") hereby stipulate that this matter may be dismissed with prejudice and without costs to either party.

THE PLAINTIFF
CROSSOADS COMMUNICATIONS OF OLD SAYBROOK, LLC

By _____     Date: 1.21.05
David T. Grudberg, ct01186
David L. Belt, ct04274
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange St.
P.O. Box 606
New Haven, CT  06503
Ph.:(203) 772-3100
Fax:(203) 772-1691
Email: dgrudberg@jacobslaw.com

dbelt@jacobslaw.com

THE DEFENDANT
TOWER VENTURES, INC.

By _____    Date: 1/19/05
Steven R. Humphrey, ct06053
Elizabeth R. Leong, ct24453
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT 06103-3597
Ph.: (860) 275-8200
Fax: (860) 275-8299
Email: shumphrey@rc.com
       eleong@rc.com

2